[Nos. 59909-7-I; 60781-2-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RUTH ANN PIPER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-1-06262-7, Nicole MacInnes, J., entered March 29, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 59957-7-I; 60295-1-I.   Division One.   July 21, 2008.]

GIUSEPPE MAURO, *Appellant*, v. BELLINGHAM RENAISSANCE I, LLC, *Respondent*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 06-2-00587-9, Ira Uhrig, J., entered April 27, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 59968-2-I.   Division One.   July 21, 2008.]

WAYNE L. KNUTSEN, *Individually and as Member of a Joint Venture, Appellant*, v. LOPEZ & FANTEL, INC., PS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-37381-6, Suzanne M. Barnett, J., entered July 6, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Leach, JJ.

[No. 60090-7-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEWIS WALKER II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10130-4, Julie A. Spector, J., entered May 3, 2007. *Affirmed* by unpublished per curiam opinion.